UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TREJO-FUENTES (A-205-459-267), Petitioner, v. WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY, Respondent. | No. 1:26-cv-8668 DAD CSK<br><br>ORDER |

Petitioner is a former immigration detainee, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. For the following reasons, petitioner is ordered to show cause why this action should not be dismissed as moot.

Petitioner filed his petition on October 21, 2026. (ECF No. 1.) The instant action is related to another action filed by petitioner in this court, Trejo-Fuentes v. Warden, No. 1:26-cv-8571 DAD CSK.[1] In case no. 1:26-cv-8571, on October 26, 2026, the district court granted the petition for writ of habeas corpus and ordered respondents to immediately release petitioner. See 1:26-cv-8571 DAD CSK (ECF No. 9). Because petitioner received the relief sought in the instant petition in case no. 1:26-cv-8571 DAD CSK, petitioner is ordered to show cause why the instant

[1] This Court takes judicial notice of the court record in case no. 1:26-cv-8571 DAD CSK. See Fed. R. Evid. 201.

action should not be dismissed as moot.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, petitioner shall show cause why this action should not be dismissed as moot; failure to respond to this order will result in a recommendation of dismissal of this action.

Dated: November 9, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Fuen8668.osc.imm/2